UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROBERT S. CRAPO,

    Debtor.

_____/

Case No.: 14-30029-JKO
Chapter 7

## CAPITAL ONE, N.A.'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

Capital One, N.A. (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Robert S. Crapo (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. <u>Debtor's Bankruptcy Case</u>.  On September 5, 2014 (the "Petition Date"), the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>.  On February 28, 2008, the Debtor and non-filing party, Carol Crapo, executed and delivered a note (the "Note") in the principal amount of $205,000.00, which is secured by a mortgage (the "Mortgage").  The Mortgage is recorded in Official Records Book 45160, at Page 1632, at Instrument Number 107744752 of the Public Records of Broward County, Florida.  Copies of the Note and Mortgage are attached as **Exhibits A and B.**

4. <u>Collateral</u>.  Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 1010 Southwest 6th Avenue, Deerfield Beach, FL 33441, and further described as follows:

> LOT 22, BLOCK 1, COMMONWEALTH PARK – SECTION ONE, ACCORDING TO THE PLAT THEREOF, AS

RECORDED IN PLAT BOOK 77, PAGE 24, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

5. <u>Secured Creditor's Claim</u>.  Secured Creditor is owed an outstanding principal balance of $188,138.02, plus applicable interest, penalties, fees and costs, and has not received the payment due on November 1, 2013, and all subsequent payments due thereafter. An Affidavit of Indebtedness is attached hereto as **Exhibit C**.

6. <u>Indebtedness Owed</u>.  The total indebtedness owed (pre-petition and post-petition) is $205,994.27.  The Indebtedness Worksheet is attached hereto as **Exhibit D**.

7. <u>Payment Address</u>.  The post-petition payment address is: 7933 Preston Rd, Plano, TX  75024.

8. <u>Exemption and Abandonment</u>.  The Property has not been claimed exempt by the Debtor.  The Property has not been abandoned by the Trustee.

9. <u>Relief Requested</u>.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage.  The requested relief should be granted for the following reasons:

- The Debtor's Statement of Intention indicates the Property is being surrendered;

- The Debtor has no equity in the Property, as evidenced by the Schedules, which lists the value of the Property at $80,000.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2015, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to: Robert S. Crapo, 1010 Southwest 6th Avenue, Deerfield Beach, FL 33441; Lawrence E. Pecan, Esq., Meland Russin & Budwick, P.A., 200 S. Biscayne Blvd., Suite 3200, Miami, FL 33131; Kenneth A. Welt, Trustee, 1776 Pine Island Road #101, Plantation, FL 33322; United States Trustee – MIA, 51 SW 1st Ave., Suite 1204, Miami, FL 33130; and those parties receiving CM/ECF service.

MCCALLA RAYMER, LLC

By: /s/ Ashley Prager Popowitz

Ashley Prager Popowitz
Florida Bar No. 72341
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 754.263.1065
Fax: 754.263.1065
Email: alp@mccallaraymer.com